■ In the Matter of the Claim of EDWARD MILLER, Respondent, against COLONIAL SAND & STONE CO. et al., Appellants, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue and file and serve record and brief on or before April 19, 1960 and are ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of MARTIN SOSTRE, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LA RUSSO, Appellant.— Motion to extend the time of the appellant to perfect his appeal to the May 1960 Term of this court granted. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER KADIO, Appellant.— Decision of this court, handed down January 12, 1960 (ante, p. 589), vacated and set aside. Motion for extension of time within which to perfect appeal granted and the time is extended for 90 days from the date of this decision. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of MARK KORMES, Petitioner, against JOSEPH H. MURPHY et al., Constituting the State Tax Commission, Respondents.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD E. WISE, Appellant.— Application for an extension of time within which to perfect appeal. Application granted and the time is extended 90 days from the date of this decision. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ WARD K. JANSEN, Respondent, v. JOHN J. KELLY et al., Appellants.— Order of this court, entered January 21, 1960, vacated and set aside and the appeal reinstated. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM WHEELER, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Motion for leave to prosecute appeal from an order of County Court, Clinton County, as a poor person. Motion granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion, in all other respects denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.